# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SAMUEL HAMILTON

NO. 2022 KW 1338

**FEBRUARY 1, 2023**

---

In Re:     Samuel Hamilton, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1701441.

---

**BEFORE:     GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED AS MOOT.** The record of the Tangipahoa Parish Office of the Clerk of Court shows that the district court denied relator's *pro se* motion wherein he requested to be returned to the Tangipahoa Parish Jail on September 20, 2022.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT